UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CERVANTES, | No.  2:15-cv-2138 DB P |
| Plaintiff, | |
| v. | ORDER |
| SERGEANT WILLIAMSON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action, has again requested appointment of counsel.  As the court stated previously, plaintiff must show exceptional circumstances to warrant the court's request for voluntary counsel.[1]  Plaintiff presents nothing new that would establish exceptional circumstances.  For the reasons stated in the court's August 29, 2016 order, IT IS HEREBY ORDERED that plaintiff's current motion for appointment of counsel (ECF No. 32 ) is denied.

DATED:  September 7, 2016         /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE

cerv2138.31(2)

---

[1] The court recognizes that plaintiff did not receive a copy of the court's August 29, 2016 order denying his prior motion for appointment of counsel before he mailed the current motion, dated August 28, to the court.

1