UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CERVANTES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT WILLIAMSON, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-02138 DB<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983 alleging excessive force against correctional officers for taking him to the ground during an escort. On March 31, 2017, District Judge Kimberly J. Mueller denied defendant Burciaga's motion for summary judgment for failure to exhaust administrative remedies without prejudice. (ECF No. 47.) The discovery and scheduling order entered in this case requires discovery to be completed by December 16, 2016 and pretrial motions to be filed by March 10, 2017. (ECF No. 31.) At the time that the pretrial motion deadline lapsed, defendant Burciaga's motion for summary judgment for failure to exhaust administrative remedies was still pending. Accordingly, the parties did not have the opportunity to file pretrial motions.

////

////

////

1

Therefore, IT IS HEREBY ORDERED that the pretrial motions deadline shall be extended to May 13, 2017.

Dated: April 11, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

TIM-DLB:10
DB / ORDERS / ORDERS.PRISONER.CIVIL RIGHTS / cerv.2138.ext